IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


MARK BYRD                                                              PLAINTIFF

v.                                        Case No. 12-2285

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                        DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. #14) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 25th day of November, 2013.



*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE